*In re* INTEGRACIÓN DE SALAS DE VERANO.

*Número:* ES-2005-8          *Resuelto:* 10 de junio de 2005

## RESOLUCIÓN

En conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, 4 L.P.R.A. Ap. XXI-A, se constituyen las siguientes Salas de Verano para funcionar durante el receso:

*Del 1ro de julio al 15 de agosto de 2005*

Hon. Francisco Rebollo López, *presidente*
Hon. Liana Fiol Matta
Hon. Anabelle Rodríguez Rodríguez

*Del 16 de agosto al 30 de septiembre de 2005*

Hon. Federico Hernández Denton, *presidente*
Hon. Jaime B. Fuster Berlingeri
Hon. Efraín E. Rivera Pérez

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración y, asimismo, para convocar al Pleno del Tribunal cuando sea necesario.

El Tribunal continuará emitiendo y certificando opiniones y sentencias durante este periodo.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*